MABEL E. WALKER, respondent,

v.

CHARLES H. WALKER et al., appellants.

[Submitted October term, 1947. Decided January 29th, 1948.]

*Mr. Charles H. Walker, pro se,* for the appellant.

*Messrs. Kanter & Kanter (Mr. Elias A. Kanter),* for the respondent.

PER CURIAM.

We have examined the record and the briefs of counsel, and are of the opinion that the proofs fully support the order appealed from.

The order is affirmed.

*For affirmance*—THE CHIEF-JUSTICE, BODINE, DONGES, HEHER, COLIE, WACHENFELD, EASTWOOD, BURLING, WELLS, DILL, FREUND, McLEAN, SCHETTINO, JJ. 13.

*For reversal*—None.